**Order entered January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01402-CR

**FANCHON ELISE WIMBISH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063716**

## ORDER

We **GRANT** Official Court Reporter Paula Thomas's January 23, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/     LANA MYERS
        JUSTICE